

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2018

No. 04-18-00328-CR

Carlos Omar Martinez **RIVERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 05-CRS-324
Honorable Alex William Gabert, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due October 1, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2018.

_____
Keith E. Hottle
Clerk of Court